Of Counsel:
FUKUNAGA MATAYOSHI CHING & KON-HERRERA, LLP

WESLEY H. H. CHING            2896
JENNIFER C. CLARK             4497
841 Bishop Street, 1200 Davies Pacific Center
Honolulu, Hawaii  96813
Telephone:  (808) 533-4300
Facsimile:  (808) 531-7585
Email:  whc@fmhc-law.com / jcc@fmhc-law.com

LETHER LAW GROUP
KASIE KASHIMOTO, State Bar No. 11195
THOMAS LETHER (*admitted pro hac vice*)
1848 Westlake Ave N., Suite 100
Seattle, WA  98109
P: 206-467-5444 / F: 206-467-5544
kkashimoto@letherlaw.com / tlether@letherlaw.com

Attorneys for Plaintiffs UNITED STATES FIRE INSURANCE COMPANY
AND THE NORTH RIVER INSURANCE COMPANY

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES FIRE INSURANCE COMPANY, a foreign insurance company, THE NORTH RIVER INSURANCE COMPANY, a foreign insurance company,<br><br>                           Plaintiffs,<br><br>     vs.<br><br>PACIFIC COFFEE INC. d/b/a MAUI COFFEE COMPANY, a Hawaii corporation; and MNS LTD., a Hawaii corporation; | CV 20-00436 JAO-RT<br><br>STIPULATION TO STAY PROCEEDINGS; ORDER |

1

|                                        |
| :------------------------------------- |
| Defendants.                            |

## STIPULATION TO STAY PROCEEDINGS

Plaintiffs United States Fire Insurance Company and The North River Insurance Company, Defendant Pacific Coffee Inc. d/b/a Maui Coffee Company ("PCI"), and Defendant MNS Ltd. ("MNS") (collectively, the "Parties") hereby submit the following Stipulation to Stay Proceedings:

The Parties stipulate and agree that there is good cause for staying this action in light of the pending court approval of the settlement of claims regarding PCI and its products in the Underlying Lawsuit[1]. U.S. Fire has agreed to timely pay MNS 50% of its defense costs and fees dating back to its April 2019 tender. In addition, Plaintiffs and MNS are currently engaged in settlement discussions regarding MNS' counterclaims in this action and MNS' counterclaims may be fully settled in the near future without need for further litigation. For these reasons, the Parties believe that currently staying proceedings in this action will best serve judicial economy and efficient resolution of this matter.

The Parties therefore request that the Court enter a Stipulated Order staying

---

[1] *Corker, et al. v. Costco Wholesale Corporations, et al.*, United States District Court for the Western District of Washington Case No. 2:19-CV-00290-RSL will be referred to herein as the "Underlying Lawsuit".

proceedings in this matter as follows:

1. This action is immediately stayed and shall remain stayed pending and after approval of the settlement in the Underlying Lawsuit unless either MNS or Plaintiffs notify the Court in writing that the they are not able to resolve their pending dispute regarding insurance coverage of MNS regarding claims arising from the Underlying Lawsuit and MNS' counterclaims against Plaintiffs in this action, including fees and costs incurred herein;

2. No further discovery shall be allowed while the action is stayed;

3. The Parties must provide the Court with a Joint Status Report every 60 days while this action is stayed;

4. The Parties shall promptly notify the Court when (a) the settlement in the Underlying Lawsuit has been approved by the Court and (b) the Parties have resolved all disputes that are the subject of this action;

5. If the Parties are able to resolve all disputes that are the subject of this action, they shall expeditiously stipulate to and file a dismissal of all claims and parties herein

//

//

//

//

It is so STIPULATED.

DATED this 1st day of March, 2021.

        LETHER LAW GROUP

        */s/ Kasie Kashimoto*
        Kasie Kashimoto, State Bar No. 11195
        Thomas Lether (*pro hac vice pending*)
        1848 Westlake Ave N., Suite 100
        Seattle, WA  98109
        P: 206-467-5444 / F: 206-467-5544
        kkashimoto@letherlaw.com
        tlether@letherlaw.com
        *Counsel for Plaintiffs*

DATED this 1st day of March, 2021.

        MATAYOSHI CHING & KON-HERRERA, LLP

        */s/ Wesley H. H. Ching*
        WESLEY H. H. CHING, State Bar No. 2896
        */s/ Jennifer C. Clark*
        JENNIFER C. CLARK, State Bar No.  4497
        841 Bishop Street, 1200 Davies Pacific Center
        Honolulu, Hawaii 96813
        P: (808) 533-4300/F: (808) 531-7585
        whc@fmhc-law.com
        jcc@fmhc-law.com
        *Counsel for Plaintiffs*

//

//

//

//

DATED this 1st day of March, 2021.

        COX FRICKE LLP

        */s/ Randall C. Whattoff*
        RANDALL C. WHATTOFF,   9487-0
        */s/ Joachim P. Cox*
        JOACHIM P. COX,   7520-0
        800 Bethel Street, Suite 600
        Honolulu, Hawaiʻi 96813
        Telephone: (808) 585-9440
        Facsimile: (808) 275-3276
        *Counsel for Pacific Coffee Inc. d/b/a Maui Coffee Company*

DATED this 1st day of March, 2021.

        CADES SHUTTE

        */s/ Kelly G. LaPorte*
        KELLY G. LAPORTE, 6294-0
        */s/ Lisa K. Swartzfager*
        LISA K. SWARTZFAGER 10867-0
        */s/ Nathaniel Dang*
        NATHANIEL DANG 11102-0
        Cades Schutte Building
        1000 Bishop Street, Suite 1200
        Honolulu, HI 96813-4212
        Telephone: (808) 521-9200
        Fax: (808) 521-9210
        kglaporte@cades.com
        lswartzfager@cades.com
        ndang@cades.com
        *Counsel for MNS Ltd.*

## **ORDER**

Based upon the representations and stipulations of the parties herein, it is ORDERED:

1. This action is immediately stayed and shall remain stayed pending and after approval of the settlement in the Underlying Lawsuit unless either MNS or Plaintiffs notify the Court in writing that the they are not able to resolve their pending dispute regarding insurance coverage of MNS regarding claims arising from the Underlying Lawsuit and MNS' counterclaims against Plaintiffs in this action, including fees and costs incurred herein;

2. No further discovery shall be allowed while the action is stayed;

3. The Parties must provide the Court with a Joint Status Report every 60 days, starting from the date of this Order, while this action is stayed;

4. The Parties shall promptly notify the Court when (a) the settlement in the Underlying Lawsuit has been approved by the Court and (b) the Parties have resolved all disputes that are the subject of this action;

5. If the Parties are able to resolve all disputes that are the subject of this action, they shall expeditiously stipulate to and file a dismissal of all claims and parties herein; and

    //

    //

6. If necessary, the Court will set a Rule 16 Scheduling Conference if and when the stay herein is lifted.

**APPROVED AND SO ORDERED:**

DATED:  Honolulu, Hawaii, March 1, 2021.

 /s/ Rom A. Trader
Rom A. Trader
United States Magistrate Judge



___

Civ. No. 20-00436 JAO-RT; *United States Fire Insurance Company, et al. v. Pacific Coffee, Inc., et al.*; Stipulation and Order to Stay Proceedings