Of Counsel:

FUKUNAGA MATAYOSHI CHING & KON-HERRERA, LLP

WESLEY H. H. CHING          2896
JENNIFER C. CLARK           4497
841 Bishop Street, 1200 Davies Pacific Center
Honolulu, Hawaii  96813
Telephone:  (808) 533-4300
Facsimile:  (808) 531-7585
Email:  whc@fmhc-law.com / jcc@fmhc-law.com

LETHER LAW GROUP
KASIE KASHIMOTO, State Bar No. 11195
THOMAS LETHER (*admitted pro hac vice*)
1848 Westlake Ave N., Suite 100
Seattle, WA  98109
P: 206-467-5444 / F: 206-467-5544
kkashimoto@letherlaw.com / tlether@letherlaw.com

Attorneys for Plaintiffs/Counterclaim Defendants
UNITED STATES FIRE INSURANCE COMPANY and
THE NORTH RIVER INSURANCE COMPANY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES FIRE INSURANCE COMPANY, a foreign insurance company, THE NORTH RIVER INSURANCE COMPANY, a foreign insurance company,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>PACIFIC COFFEE INC. d/b/a MAUI COFFEE COMPANY, a Hawaii corporation; and MNS LTD., a Hawaii corporation,<br><br>　　　　　Defendants. | Civil No. 20-00436 JAO-RT<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS AND PARTIES** |

## STIPULATION FOR
## <u>DISMISSAL WITH PREJUDICE OF ALL CLAIMS AND PARTIES</u>

Plaintiffs/Counterclaim Defendants United States Fire Insurance Company (USFIC) and The North River Insurance Company (NRIC), Defendant Pacific Coffee Inc. d/b/a Maui Coffee Company (PCI), and Defendant/Counterclaim Plaintiff MNS Ltd. (MNS) (collectively, the "Parties"), by and through their respective counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and LR 41.1, hereby stipulate for dismissal of the above-entitled action with prejudice as to all claims, counterclaims, and parties.

There are no remaining claims or parties.  This Stipulation has been signed by all parties that have made an appearance in this case.

Each party shall bear its own respective fees and costs.  There are no dispositive motions currently pending.

DATED this 16th day of September, 2021.

LETHER LAW GROUP

*s/ Kasie Kashimoto*
Kasie Kashimoto
Thomas Lether (*pro hac vice*)
Counsel for Plaintiffs/Counterclaim Defendants
UNITED STATES FIRE INSURANCE COMPANY
and THE NORTH RIVER INSURANCE COMPANY

MATAYOSHI CHING & KON-HERRERA, LLP

 *s/ Wesley H. H. Ching*
WESLEY H. H. CHING
JENNIFER C. CLARK
Counsel for Plaintiffs/Counterclaim Defendants
UNITED STATES FIRE INSURANCE COMPANY
and THE NORTH RIVER INSURANCE COMPANY


COX FRICKE LLP

 *s/ Randall C. Whattoff*
RANDALL C. WHATTOFF,
JOACHIM P. COX,
Counsel for Defendant
PACIFIC COFFEE INC. d/b/a MAUI COFFEE
COMPANY


CADES SHUTTE LLP

 *s/ Kelly G. LaPorte*
KELLY G. LaPORTE
LISA K. SWARTZFAGER
NATHANIEL DANG
Counsel for Defendant/Counterclaim Plaintiff
MNS Ltd.


APPROVED AS TO FORM:

Jill A. Otake
United States District Judge

====================================================
*United States Fire Insurance Company, et al. v. Pacific Coffee Inc. d/b/a Maui Coffee Company, et al.*; Civil No. 20-00436 JAO-RT; STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS AND PARTIES